E-FILED
Tuesday, 22 March, 2005  10:21:38 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **WARRANT FOR ARREST** |
| Plaintiff | ) | |
| | ) | |
| vs | ) | |
| HECTOR MILLAN-FLORES, | ) | CASE NO. 05-3020-m |
| | ) | |
| Defendant | ) | |

TO:  THE U. S. MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **HECTOR MILAN-FLORES**, and bring him forthwith to the nearest magistrate judge to answer a Criminal Complaint charging him with Unlawful Transportation of Aliens, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

__Honorable Byron G. Cudmore__         __U.S. Magistrate Judge__
Name of Judicial Officer                              Title of Judicial Officer

s/ Byron G. Cudmore                              March 18, 2005, Springfield, Illinois  3:36pm
Signature of Judicial Officer                     Date and Location

Bail fixed at $ _____ No Bail _____ by _____ Byron G. Cudmore.

---

**RETURN**
This warrant was received and executed with the arrest of the above named defendant at  Springfield, Illinois

| Date Received 3/21/05 | Name of Arresting Officer  Tom Merchant | Signature of Arresting Officer |
| Date of Arrest 3/18/05 | Title of Arresting Officer  Senior Special Agent ICE | Tom Merchant |