E-FILED
Thursday, 31 March, 2005  11:27:59 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 05-cr-30029 |
| Plaintiff, | ) | |
| v. | ) | Violation: 8 U.S.C. §1324(a)(1)(A)(ii) |
| HERIBERTO MARTINEZ-CARRANZA, and HECTOR MILLAN-FLORES, | ) | **FILED** |
| Defendants. | ) | MAR 3 0 2005 |
| | | JOHN M. WATERS, Clerk U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS |

## INFORMATION

(UNLAWFUL TRANSPORTATION OF ILLEGAL ALIENS)

THE UNITED STATES ATTORNEY CHARGES:

On or about March 18, 2005, in Sangamon County, in the Central District of Illinois, the defendant,

**HERIBERTO MARTINEZ-CARRANZA and
HECTOR MILLAN-FLORES,**

knowingly and in reckless disregard of the facts that aliens had come to, entered and remained in the United States in violation of law, did transport, move and attempt to transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

s/Esteban Sanchez
JAN PAUL MILLER
UNITED STATES ATTORNEY
efs