**E-FILED**
Friday, 15 April, 2005  12:23:47 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

**FILED**

APR 0 8 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff ) <br> ) <br> vs ) <br> HECTOR MILLAN-FLORES, ) <br> ) <br> Defendant ) | **WARRANT FOR ARREST** <br><br> **CASE NO.  05-3020 - m** |

U.S. MARSHALS SERVICE CENTRAL ILLINOIS
2005 MAR 22  P 4: 11
RECEIVED

TO:        THE U. S. MARSHAL and any
           AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **HECTOR MILAN-FLORES**, and

bring him forthwith to the nearest magistrate judge to answer a Criminal Complaint charging him with

Unlawful Transportation of Aliens, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

**Honorable Byron G. Cudmore**
Name of Judicial Officer

s/Byron Cudmore
Signature of Judicial Officer

**U.S. Magistrate Judge**
Title of Judicial Officer

**March 18, 2005, Springfield, Illinois** 3:36pm
Date and Location

**Bail fixed at $_____   No Bail___  by ____Byron G. Cudmore.**

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at *Springfield, Illinois* | | |
| Date Received 3/21/05 <br> Date of Arrest 3/18/05 | Name of Arresting Officer  *Tom Merchant* <br> Title of Arresting Officer *Senior Special Agent ICE* | Signature of Arresting Officer <br> *Tom Merchant* |