AO 455 (Rev. 5/85) Waiver of Indictment

E-FILED
Monday, 09 May, 2005 03:22:30 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ DISTRICT OF _____ILLINOIS_____

UNITED STATES OF AMERICA

V.

HECTOR MILLAN-FLORES

**WAIVER OF INDICTMENT**

CASE NUMBER: 05-30029

FILED
MAY - 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, __Hector Millan-Flores_____, the above named defendant, who is accused of

__Unlawful Transportation of Illegal Aliens__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____May 6, 2005_____ prosecution by indictment and consent that the pro-
                                    *Date*
ceeding may be by information rather than by indictment.

*Hector Millan Flores*
                    Defendant
                    s/ John A. Maurer
                    *Counsel for Defendant*

Before __s/Byron Cudmore_____
                    *Judicial Officer*