IN THE UNITED STATES
DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

FILED
SEP 14 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>HECTOR MILLAN-FLORES,<br>Defendant. | )<br>)<br>)<br>) No. 05-CR-30029<br>)<br>)<br>) |

## MOTION TO CONTINUE

NOW COMES the Defendant, HECTOR MILLAN-FLORES, by his attorney, JOHN A. MAURER, and respectfully requests that the Court continue the sentencing hearing in this cause of action and in support thereof, states as follows:

1. That this cause of action is scheduled for a sentencing hearing on September 16, 2005.

2. That attorney John A. Maurer had a John Doughtery murder case scheduled for the week of September 12, 2005.

3. That in preparation for said murder case 04-CF-873, attorney Maurer did not have time to coordinate with the interpreter and client in preparation of said sentencing.

4. That the state moved to continue the murder trial on September 12, 2005 to September 26, 2005.

5. That attorney Maurer requests a continuance for the purpose of preparing his client for said sentencing hearing.

6. That a continuance is not for the purpose of delay, and neither party will be prejudiced if a continuance is granted.

WHEREFORE, the defendant, HECTOR MILLAN-FLORES, respectfully requests that this Honorable Court continue the sentencing hearing for three weeks in this cause of action and for such further relief as the Court deems just.

Respectfully submitted,

BY _____
JOHN A. MAURER, Attorney for
Defendant

## PROOF OF SERVICE

The undersigned certifies that the above Motion to Continue was served upon the following:

United States Clerk
U.S. Federal Court Building
312 U.S. Courthouse
600 E. Monroe
Springfield, IL 62701

Steve Esteban
U. S. Attorney's Office
Federal Building
Springfield, IL 62701

by depositing in a U.S. Mailbox to the United States Clerk and the United States Attorneys on the 14th day of September, 2005.

John A. Maurer
Attorney at Law
1216 South Fifth Street
Springfield, IL 62703
217-525-8678