**E-FILED**
Thursday, 15 September, 2005  08:10:46 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  05-30029 |
| | ) | |
| HERIBERTO | ) | |
| MARTINEZ-CARRANZA, and | ) | |
| HECTOR MILLAN-FLORES, | ) | |
| | ) | |
| Defendants. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT

JEANNE E. SCOTT, U.S. District Judge:

Pursuant to the Report and Recommendation of United States Magistrate Judge Byron G. Cudmore entered May 9, 2005 (d/e 18), to which there has been no timely objection, the Court hereby accepts Defendant Hector Millan-Flores' plea of guilty to the charge in the Information (d/e 8); that he knowingly transported aliens that had entered and remained in the United States in violation of 8 U.S.C. § 1324(a)(1)(A)(ii).   Defendant Millan-Flores is adjudged guilty of this offense.

IT IS THEREFORE SO ORDERED.

ENTER:  September 15, 2005.

FOR THE COURT:


_____ s/  Jeanne E. Scott _____
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE