IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-30029-02 |
| | ) | |
| HECTOR MILLAN-FLORES, | ) | |
|     Defendant. | ) | |

DEFENDANT'S COMMENTARY ON SENTENCING FACTORS

NOW COMES the Defendant, Hector Millan-Flores, by his attorney, JOHN A. MAURER, and for his commentary to the Pre-sentence Investigation Report submits the following as his commentary on sentencing factors:

The below stated issues constitute Hector Millan-Flores ("Defendant") commentary to the Pre-sentence Investigation report. In lodging the below mentioned statement, the defendant asserts and reiterates his complete acceptance and responsibility for his actions in this cause of action.

1.  That the defendant is scheduled for sentencing on October 28, 2005. That no objections were made to the pre-sentence investigation. That the defendant has entered into an open plea in a timely fashion. That the defendant has an offense level of 15 after all appropriate adjustments. That the defendant's range of imprisonment is 18-24 months in the Bureau of Prisons. The Defendant has no criminal history. That pursuant to the statutory offense level of 15, the defendant is not eligible for probation. That pursuant to the open plea and the defendant's timely acceptance of responsibility, it would be appropriate to sentence the defendant to the low end of the sentencing range.

CONCLUSION TO DEFENDANT'S COMMENTARY

In conclusion, the defendant respectfully requests:

1. That the court agree with the pre sentence investigation in finding that the defendant is a level 15 with no criminal history. As such, the applicable prison range is 18-24 months and the defendant is not eligible for probation. That the court sentence the defendant to the low end of the sentencing range, which would be 18 months in the Bureau of Prisons time in prison. In the alternative, the defendant requests that the Court deport the Defendant as soon possible in lieu of any further Bureau of Prison Sentence.

2. For such other relief as the court deems appropriate.

                              Respectfully submitted,
                              Hector Millan-Flores, Defendant

                              By:JOHN A. MAURER
                                  His Attorney

JOHN A. MAURER
Attorney at Law
1216 South Fifth St.
Springfield, Illinois 62703
(217) 525-8678

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the Defendant's Commentary on Sentencing Factors was served upon the following persons:

| | |
|---|---|
| U.S Probation Office<br>Tom Brown<br>600 East Monroe<br>Suite 108<br>Springfield, Illinois 62701 | U.S. Attorney's Office<br>Esteban Sanches<br>318 South Sixth Street<br>Springfield, Illinois 62701-1806 |
| Judge J. Scott<br>U.S. Courthouse for the Cent.Dist. of Ill.<br>600 East Monroe<br>Springfield, Illinois 62701 | U.S. District Court<br>U.S. Courthouse for the Cent.Dist. of Ill.<br>600 East Monroe<br>Springfield, Illinois 62701 |

                JOHN A. MAURER

by electronic delivery on the 26, 2005.